IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CA No.: 5:20-cv-00585-D

OSVALDO FIGUEROA, on behalf of himself
and all others similarly situated,

    *Plaintiff*,

v.

BUTTERBALL, LLC,

    *Defendant*.

**ORDER**

This matter having come before this Court on Plaintiff's Unopposed Motion for Abeyance Pending the Court's Ruling on Plaintiff's Motion for Reconsideration [Dkt. 35]; and

It appearing to this Court that good cause exists for the granting of said motion; that said motion be allowed; and that the motion should be GRANTED.

IT IS THEREFORE ORDERED that all deadlines in this matter are held in abeyance until this Court has ruled on Plaintiff's pending motion for reconsideration.

IT IS SO ORDERED.

This the __25__ day of August 2022.

                                                                       HONORABLE JAMES C. DEVER, III
                                                                       UNITED STATES DISTRICT JUDGE