UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| OSVALDO FIGUEROA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BUTTERBALL, LLC, )<br>)<br>)<br>)<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:20-CV-585-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 161], DENIES plaintiff's motion for summary judgment [D.E. 165], DENIES AS MOOT plaintiff's motion for equitable tolling [D.E. 174], DENIES AS MOOT defendant's motion to strike [D.E. 189], GRANTS plaintiff's motion to dismiss the claims of opt-in plaintiff Adams [D.E. 191], and DISMISSES WITH PREJUDICE opt-in plaintiff Adams's claims. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules. The clerk shall close the case.

This Judgment filed and entered on August 23, 2024, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

August 23, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk