IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-585-D

| | |
|---|---|
| OSVALDO FIGUEROA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BUTTERBALL, LLC, ) | |
| ) | |
| Defendant. ) | |

On September 5, 2024 plaintiff moved to stay this court's order and judgment [D.E. 198]. On September 13, 2024, defendant responded in opposition and explained why a stay was not necessary in light of plaintiff's appeal. See [D.E. 202] 1–2.

The court agrees with the defendant. A stay is not necessary. See id. Thus, the court DENIES WITHOUT PREJUDICE plaintiff's motion for a stay.

SO ORDERED. This _2_ day of October, 2024.

JAMES C. DEVER III
United States District Judge